IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GREGORY ROSE**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO: 3:14CV00036 BSM**

**DOES et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE